■ EDWARD RAGER et al., Appellants, v. MORGAN AND BROTHER FIREPROOF STORAGE WAREHOUSES, INC., Defendant, and WEBB & KNAPP, INC., Respondent. — Order entered on August 23, 1960, granting defendant's, Webb & Knapp, Inc., motion to dismiss the complaint, unanimously affirmed, with $20 costs

and disbursements to the respondent. No opinion. Order entered on August 23, 1960, denying plaintiffs' motion for an order directing that defendant's, Webb & Knapp, Inc., motion to dismiss the complaint be deemed abandoned as provided by Special Rule as to Long Form Order of the New York County Supreme Court Trial Term Rules, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.